UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>            Petitioner,<br><br>     v.<br><br>ALBERTO GONZALES, Attorney General, et al.,<br><br>            Respondents. | Civil Action 08-00681  (HHK) |

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this 28th day of April 2008, hereby

**ORDERED** that Respondent, by counsel, shall within 20 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted.  It is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's Custodian and the named Respondent, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia and the United States Parole Commission.

    **SO ORDERED**.

                                    Henry H. Kennedy, Jr.
                                    United States District Judge