UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WILLIAMS, )<br>)<br>   Petitioner )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, Attorney )<br>General, et al., )<br>)<br>   Respondents )<br>_____) | Civil Action 08-00681 (HHK) |

RESPONDENTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS

The Respondents, by and through their attorney, the United States Attorney for the District of Columbia, respectfully move for an extension of time to and including June 30, 2008, in which to respond to petitioner's application for a writ of habeas corpus. Because petitioner is incarcerated, we have not sought to contact him to learn his position on this motion.

Counsel is obliged, by May 27, 2008, to complete, file and serve a substantial opposition, in excess of forty pages, to a motion bringing a collateral attack based on a claim of ineffective assistance in a case in the D.C. Superior Court. The preparation of this brief has consumed much of counsel's time this month. Yesterday, counsel filed a response to an affidavit filed in another case in that court. Counsel also has another opposition due, on June 24, to a motion bringing a collateral attack in another case in the Superior Court; and must start to prepare, on or soon after June 16, an opposition to a motion bringing a claim of ineffective assistance in another case, in the United States District Court, due July 17.

This is the Respondents' first request for an extension of time in this case. Defendant should not be unduly prejudiced.

WHEREFORE, the Respondents respectfully request that they be granted an extension of time to and including June 30, 2008, in which to respond to petitioner's application for a writ of habeas corpus.

Respectfully submitted,

JEFFREY A. TAYLOR
(D.C. Bar No. 498-610)
United States Attorney

JOHN P. MANNARINO (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

 /s/ Thomas S. Rees
THOMAS S. REES
(D.C. Bar No. 358-962)
Assistant United States Attorneys
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882
Thomas.S.Rees@doj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2008, the foregoing motion for an extension of time, and a proposed order, were served on petitioner, pro se, first-class postage prepaid, as follows:

>Lawrence Williams
>#25599-013
>FCI Fort Worth
>P.O. Box 15330
>Fort Worth, TX 76119

>/s/ Thomas S. Rees
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WILLIAMS, )<br>)<br>    Petitioner )<br>) <br>v. )<br>)<br>ALBERTO GONZALES, Attorney )<br>General, et al., )<br>)<br>    Respondents )<br>)  | Civil Action 08-00681 (HHK) |

## ORDER

This matter is before the Court on the Respondents' Motion For An Extension Of Time In Which To Respond To Petitioner's Application For A Writ of Habeas Corpus.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Respondents' Motion For An Extension Of Time In Which To Respond To Petitioner's Application For A Writ of Habeas Corpus is hereby granted. And it is

FURTHER ORDERED that the Respondents' response to petitioner's application for a writ of habeas corpus shall be filed by June 30, 2008.

 

_____
Henry H. Kennedy, Jr.
United States District Judge

<u>copies to</u>:

Lawrence Williams
# 25599-013
FCI Fort Worth
P.O. Box 15330
Fort Worth, TX 76119

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530