UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>     Petitioner,<br><br>  v.<br><br>ALBERTO GONZALES, Attorney General, et al.,<br><br>     Respondents. | Civil Action 08-00681  (HHK) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 22nd day of July 2008, hereby

**ORDERED** that the Government's Motion [# 6] to Construe Williams' Petition For Habeas Corpus [# 1] as a Motion Under 28 U.S.C. § 2255 is **GRANTED**; and it is further

**ORDERED** that the Government's Motion to Transfer this Action to the Court of Appeals for the Tenth Circuit [# 6] is **GRANTED**; and it is further

**ORDERED** that this case be **TRANSFERRED** to the United States Court of Appeals for the Tenth Circuit.  This is a final appealable Order.

                       Henry H. Kennedy, Jr.
                       United States District Judge